UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re Tyco International, Ltd.
Multidistrict Litigation (MDL 1335)      CASE NO. 02-md-1335-B

| | |
|---|---|
| Teacher Retirement System of Texas, et al. v. Tyco Int'l Ltd., et al. | Civil No. 08-cv-1336-PB |
| Nuveen Balanced Mun. & Stock Fund, et al. v. Tyco Int'l Ltd., et al. | Civil No. 08-cv-1338-PB |
| Blackrock Global Allocation Fund, Inc., et al. v. Tyco Int'l Ltd., et al. | Civil No. 08-cv-1339-PB |
| State Treasurer of the State of Michigan, et al. v. Tyco Int'l Ltd., et al. | Civil No. 08-cv-1340-PB |
| Public Employees' Retirement Assoc. of Colorado v. Dennis Kozlowski and Mark Swartz | Civil No. 08-cv-1341-PB |

**SUGGESTION OF REMAND**

Pretrial proceedings on common matters have been substantially completed in the above-referenced cases, Civil Action Nos. 08-cv-1336-PB; 08-cv-1338-PB; 08-cv-1339-PB; 08-cv-1340-PB and 08-cv-1341-PB.  The parties in these cases are in agreement that they should be remanded to the court where they were originally filed, and the court has determined that a remand order will best serve the expeditious resolution of these cases. Accordingly, the court recommends that the Judicial Panel on

Multidistrict Litigation remand the above-referenced cases to the courts in which they were originally filed.

    SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 1, 2010

cc: Counsel of Record